IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Christopher Einar Grell - #088498

No. C 14-80235

**ORDER RE REASSIGNMENT**

      /

This action is hereby **REASSIGNED** to **JUDGE JAMES DONATO**.

**IT IS SO ORDERED.**

Dated:   September 29, 2014.

      WILLIAM ALSUP
      UNITED STATES DISTRICT JUDGE