UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Christopher Einar Grell - #088498 | Case No.  14-mc-80235-JD<br><br>**ORDER OF SUSPENSION** |

Because Christopher Einar Grell has failed to respond to the Order to Show Cause, Mr. Grell's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: October 15, 2014

_____
JAMES DONATO
United States District Judge

<br>
```
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Christopher Einar Grell - #088498

Case No.  14-mc-80235-JD

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 10/15/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Einar Grell  
PO Box 11987  
San Rafael, CA 94712

Dated: 10/15/2014

Richard W. Wieking  
Clerk, United States District Court

By: *Lisa R. Clark*  
_____  
Lisa R. Clark, Deputy Clerk to the Honorable   James Donato